# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV 17-6820-AG (PLA)                                    Date   November 9, 2017

Title:   Aleyda Proano v. Commissioner of Social Security

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS                         ☐ U.S. DISTRICT JUDGE
                                                                ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
                NONE                                       NONE

**PROCEEDINGS:**        (ORDER TO SHOW CAUSE)

Pursuant to this Court's Order of October 4, 2017, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph I of the Court's Order within thirty (30) days after the date of the Order, i.e., by November 3, 2017. To date, the Proof of Service has not been filed with the Court. Accordingly, **no later than December 4, 2017, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders. Filing of the Proof of Service on or before December 4, 2017, shall be deemed compliance with this Order to Show Cause.

cc:   Aleyda Proano, Pro Se
      AUSA - Office of the US Attorney
      Office of the General Counsel for Social Security Administration

                                                                Initials of Deputy Clerk   ch

CV-90 (10/98)                           CIVIL  MINUTES  -  GENERAL