# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV **17-6820-AG (PLA)**                                    Date   **May 23, 2018**

Title:   **Aleyda Proano v. Commissioner of Social Security**

---

PRESENT: THE HONORABLE   **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**       **(IN CHAMBERS)**

As plaintiff was previously informed, the Court has been notified that, while the Summons in this action was served on the Civil-Process Clerk of the United States Attorney's Office in Los Angeles, the Complaint was **not** included in that service. Accordingly, on April 27, 2018, plaintiff was directed, no later than May 11, 2018, to serve the Summons and Complaint in this matter on the Civil-Process Clerk, U.S. Attorney's Office for the Central District of California, Federal Building, 300 North Los Angeles Street, Suite 7516, Los Angeles, CA, 90012. Plaintiff was further order to file proof of service of the Summons and Complaint with the Court no later than May 14, 2018. As of this date, he has not done so.

Accordingly, **no later than May 31, 2018**, **plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders. Filing of the above-referenced Proof of Service on or before May 31, 2018, shall be deemed compliance with this Order to Show Cause.

cc:    Aleyda Proano, Pro Se
       AUSA - Office of the US Attorney
       Office of the General Counsel for Social Security Administration

Initials of Deputy Clerk   ch